**Jose Martin GARCIA–OLIVARRIA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 07–72631.

United States Court of Appeals, Ninth Circuit.

May 10, 2012.

Marc Van Der Hout, Lisa Weissman-Ward, Van Der Hout, Brigagliano & Nightingale, LLP, San Francisco, CA, for Petitioner.

Dalin Riley Holyoak, Esquire, OIL, Charles Canter, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of

Homeland Security, San Francisco, CA, for Respondent.

Before: REINHARDT, HAWKINS, and N.R. SMITH, Circuit Judges.

ORDER

The Joint Motion to Withdraw Decision and Remand is GRANTED. The Memorandum filed October 25, 2011 is withdrawn. The petition for review is remanded to the Board of Immigration Appeals for reconsideration in light of the Supreme Court's decision in *Vartelas v. Holder,* —— U.S. ——, 132 S.Ct. 1479, 182 L.Ed.2d 473 (2012). A copy of this order shall constitute the mandate of this court.